UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARREA MCCOY-GORDON,<br><br>Plaintiff,<br><br>v.<br><br>M. COTA and SHERMAN,<br><br>Defendants. | Case No. 1:19-cv-01669-EPG (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a complaint on November 26, 2019. Plaintiff has not paid the $400.00 filing fee or submitted a complete application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.[1]

Accordingly, IT IS HEREBY ORDERED that:

///
///
///
///

---

[1] Plaintiff submitted an application to proceed in forma pauperis (ECF No. 2), but the form he submitted does not include all of the necessary sections. Under 28 U.S.C. § 1915(b), Plaintiff is still responsible for paying the filing fee, and the funds are to be collected from his trust account (when funds are available). Accordingly, Plaintiff must authorize the California Department of Corrections and Rehabilitation to collect funds from his trust account and forward those funds to the Court.

1

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order may result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __**December 3, 2019**__          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE