1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    DEMARREA MCCOY-GORDON,                    Case No. 1:19-cv-01669-EPG (PC)

12                    Plaintiff,
                                                ORDER TO SUBMIT APPLICATION
13           v.                                 TO PROCEED IN FORMA PAUPERIS
                                                OR PAY FILING FEE WITHIN 45 DAYS
14    M. COTA and SHERMAN,

15                    Defendants.

16

17           Plaintiff is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42

18    U.S.C. § 1983.  Plaintiff filed a complaint on November 26, 2019.  Plaintiff has not paid the

19    $400.00 filing fee or submitted a complete application to proceed in forma pauperis pursuant to

20    28 U.S.C. § 1915.[1]

21           Accordingly, IT IS HEREBY ORDERED that:

22    ///

23    ///

24    ///

25    _____

26           [1] On November 26, 2019, Plaintiff submitted an application to proceed in forma pauperis.  (ECF No. 2).  On
      December 13, 2019, Plaintiff submitted another application to proceed in forma pauperis.  (ECF No. 6).  However,
27    the applications submitted by Plaintiff do not include all necessary sections.  Under 28 U.S.C. § 1915(b), Plaintiff is
      still responsible for paying the filing fee, and the funds are to be collected from his trust account (when funds are
28    available).  Accordingly, Plaintiff must authorize the California Department of Corrections and Rehabilitation to
      collect funds from his trust account and forward those funds to the Court.

                                                     1

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order may result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **December 16, 2019**                    /s/ *Erica P. Grosjean*

                                           UNITED STATES MAGISTRATE JUDGE